# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**BMS CAT, INC.,**

    **Plaintiff,**                        **CIVIL ACTION NO.: 5:16-cv-11955**

**v.**

**GREENBRIER HOTEL CORPORATION,**
*et al.*,

    **Defendants.**

## JOINT MOTION TO STAY

COME NOW all parties, by and through their respective counsel, and move this Court pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure to stay all proceedings in this Action until such time as the final settlement payment is received by Plaintiff BMS Cat, Inc. In support of the Motion, the parties submit the attached Memorandum of Law.

**WHEREFORE**, for the reasons set forth fully in their Memorandum of Law, all parties jointly move this Court for an Order staying Civil Action No. 5:16-cv-11955.

                                                         **GREENBRIER HOTEL CORPORATION,**
                                                         **JAMES C. JUSTICE COMPANIES, INC.,**
                                                         **AND JUSTICE FAMILY GROUP, LLC,**

                                                         **By counsel,**

/S/ J. Victor Flanagan_____
J. Victor Flanagan, (WVSB No. 5254)
Jared C. Underwood, (WVSB No. 12141)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
600 Neville Street, Suite 201
Beckley, West Virginia 25801
*Counsel for Justice Defendants*

**Approved by:**

/s/ Charlotte A. Hoffman Norris_____
Charlotte A. Hoffman Norris, Esquire (WVSB No. 5473)
Robert A. Sweeney, Jr., Esquire (WVSB No. 5831)
Jenkins Fenstermaker, PLLC
PO Box 2688
Huntington, WV 25726-2688
Email: chn@jenkinsfenstermaker.com
       rhs@jenkinsfenstermaker.com
*Counsel for Plaintiff*


/s/ Daniel J. Konrad_____
Daniel J. Konrad, (WVSB No. 2088)
DINSMORE & SHOHL LL
611 Third Avenue
Huntington, WV 25701
Email: daniel.konrad@dinsmore.com
*Counsel for Sarah Ellis, James H. Adkins, and Premier Bank*


/s/ Paul O. Clay, Jr._____
Paul O. Clay, Jr., (WVSB No. 742)
PO Box 746
Fayetteville, WV 25840-0746
Email: poclayjr@suddenlinkmail.com
*Counsel for Fayette County National Bank, Denise A. Light and Paul O. Clay, Jr*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

**BMS CAT, INC.,**

    **Plaintiff,**                                    **CIVIL ACTION NO.: 5:16-cv-11955**

**v.**

**GREENBRIER HOTEL CORPORATION,**
*et al.,*

    **Defendants.**

## **CERTIFICATE OF SERVICE**

I certify that on the 25th day of July, 2017, I electronically filed ***"Joint Motion to Stay"*** with the United States District Court for the Southern District of West Virginia by using the CM/ECF system, and served this document upon the following parties or their counsel of record:

Charlotte A. Hoffman Norris, Esquire
Robert A. Sweeney, Jr., Esquire
Jenkins Fenstermaker
PO Box 2688
Huntington, WV  25726-2688
Email: chn@jenkinsfenstermaker.com and
rhs@jenkinsfenstermaker.com

Paul O. Clay, Jr., Esquire
PO Box 746
Fayetteville, WV  25840-0746
Email: poclayjr@suddenlinkmail.com

Daniel J. Konrad, Esquire
Dinsmore & Shohl LLP
611 Third Avenue
Huntington, WV  25701
Email: daniel.konrad@dinsmore.com

**/s/ J. Victor Flanagan**
J. VICTOR FLANAGAN (WV STATE BAR NO. 5254)
JARED C. UNDERWOOD (WV STATE BAR NO. 12141)
Pullin, Fowler, Flanagan, Brown & Poe PLLC
600 Neville Street, Suite 201
Beckley, WV 25801
Telephone: (304) 254-9300
Facsimile: (304) 255-5519
Email: vflanagan@pffwv.com
  junderwood@pffwv.com