FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

BMS CAT, INC.,

        Plaintiff,

v.                                                       Civil Action No. 5:16-cv-11955

GREENBRIER HOTEL CORPORATION, *et al,*

        Defendants.

## COMBINED REPORT TO THE COURT
## ON BEHALF OF PLAINTIFF BMS CAT, INC. AND
## DEFENDANTS GREENBRIER HOTEL CORPORATION, JAMES C. JUSTICE
## COMPANIES, INC. AND JUSTICE FAMILY GROUP, LLC,
## IN ACCORDANCE WITH THIS COURT'S ORDER (DOC. 66)
## AND
## MOTION FOR ENTRY OF CONSENT JUDGMENT

Come now Plaintiff BMS CAT, Inc., by its undersigned counsel, and Defendants Greenbrier Hotel Corporation, James C. Justice Companies, Inc. and Justice Family Group, LLC ("the Justice Defendants"), by their undersigned counsel, pursuant to this Court's Order entered on August 3, 3017 (Doc. 66), denying the parties' *Joint Motion to Stay* (Doc. 63) and directing Plaintiff and the Justice Defendants to report whether they intend to proceed with this litigation or their settlement absent a stay.[1] In light of this Court's denial of the stay, the Justice Defendants have agreed to entry of a consent judgment.

Accordingly, Plaintiff and the Justice Defendants jointly tender herewith a proposed Consent Judgment against the Justice Defendants and jointly move for its entry.

---

[1] The remaining Defendants in this Action are banks and other lending institutions, as well as Trustees, allegedly possessing secured interests in assets of the Justice Defendants located in Greenbrier County, West Virginia. They are named only as interested parties in accordance with West Virginia law.

**Respectfully submitted:**

*/s/ Charlotte A. Hoffman Norris*
Charlotte A. Hoffman Norris, Esquire (WVSB No. 5473)
Robert A. Sweeney, Jr., Esquire (WVSB No. 5831)
Jenkins Fenstermaker, PLLC
PO Box 2688
Huntington, WV  25726-2688
*Counsel for Plaintiff BMS CAT, Inc.*

*/s/ Jared C. Underwood*
J. Victor Flanagan, Esquire (WVSB No. 5254)
Jared C. Underwood, Esquire (WVSB No. 12141)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
600 Neville Street, Suite 201
Beckley, West Virginia 25801
*Counsel for Defendants Greenbrier Hotel Corporation,*
*James C. Justice Companies, Inc. and Justice Family Group, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**BMS CAT, INC.,**

      **Plaintiff,**

**v.**                                                                      Civil Action No. 5:16-cv-11955

**GREENBRIER HOTEL CORPORATION,** *et al,*

      **Defendants.**

### CERTIFICATE OF SERVICE

I, the undersigned counsel for Plaintiff BMS CAT, Inc., do hereby certify that I electronically filed the foregoing *COMBINED REPORT TO THE COURT ON BEHALF OF PLAINTIFF BMS CAT, INC. AND DEFENDANTS GREENBRIER HOTEL CORPORATION, JAMES C. JUSTICE COMPANIES, INC. AND JUSTICE FAMILY GROUP, LLC, INACCORDANCE WITH THIS COURT'S ORDER (DOC. 66) AND MOTION FOR ENTRY OF CONSENT JUDGMENT, and attached Proposed CONSENT JUDGMENT* with the Court using the CM/ECF system on this 7th day of August, 2017, and with the intent of achieving electronic service upon:

Paul O. Clay, Jr., Esquire
Clay Law Firm, PLLC
P.O. Box 746
204-A West Maple Avenue
Fayetteville, West Virginia 25840
(*Counsel for Defendant Fayette County National Bank, N.A.*)

J. Victor Flanagan, Esquire
Jared C. Underwood, Esquire
PULLIN FOWLER FLANAGAN BROWN & POE
600 Neville Street, Suite 201
Beckley, WV 25801
(*Counsel for Defendants Greenbrier Hotel Corporation
and James C. Justice Companies, Inc., and Justice Family Group, LLC*)

Daniel J. Konrad, Esquire
DINSMORE & SHOHL LLP
611 Third Avenue
Huntington, West Virginia 25701
*(Counsel for Defendants Premier Bank, Inc)*

Sharon L. Potter, Esquire
SPILMAN THOMAS & BATTLE, PLLC
1233 Main Street, Suite 4000
P.O. Box 831
Wheeling, WV 26003
*(Counsel for Defendant JP Morgan Chase Bank)*

          */s/Charlotte A. Hoffman Norris*
          Robert H. Sweeney, Esq. (WV State Bar No. 5831)
          Charlotte A. Hoffman Norris, Esq. (WV State Bar No. 5473)
          JENKINS FENSTERMAKER, PLLC
          Post Office Box 2688
          Huntington, West Virginia 25726-2688
          Telephone: (304) 523-2100
          Fax: (304) 523-2347