UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF WEST VIRGINIA

**BMS CAT, INC.**

    **PLAINTIFF**

VS.                                              **CIVIL ACTION NO. 5:16-cv-11955**

**GREENBRIER HOTEL CORPORATION,
JAMES C. JUSTICE COMPANIES, INC.
JUSTICE FAMILY GROUP, LLC,
PREMIER BANK, INC., SARAH C. ELLIS,
TRUSTEE, JAMES H. ADKINS, TRUSTEE,
JP MORGAN CHASE BANK, FAYETTE
COUNTY NATIONAL BANK, N.A.,
PAUL O. CLAY, JR., TRUSTEE,
DENISE A. LIGHT, TRUSTEE,
PENDLETON COMMUNITY BANK,
AND WILLIAM GOODWIN, TRUSTEE**

    **DEFENDANTS.**

**ORDER DISMISSING, WITHOUT PREJUDICE,
PREMIER BANK, INC.**

Came this day, Premier Bank, Inc. (hereinafter "Premier Bank") along with BMS CAT, Inc. (hereinafter the "Plaintiff") and announced that Plaintiff had agreed to dismiss Premier Bank from this action, without prejudice.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Premier Bank, Inc., be dismissed, without prejudice.

ENTER: August 10, 2017

                                                  IRENE C. BERGER
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF WEST VIRGINIA

This Order Prepared by:

/s/ Daniel J. Konrad
Daniel J. Konrad (WV Bar # 2088)
Dinsmore & Shohl LLP
611 Third Avenue
Huntington, WV 25701
Telephone: (304) 691-8396
Facsimile: (304) 522-4312
*Counsel for Defendant – Premier Bank, Inc.,*


Approved by:

/s/ Charlotte Hoffman Norris
Charlotte Hoffman Norris (WV Bar #5473)
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV 25726-2688
Telephone: 304-523-2100
*Counsel for Plaintiff BMS Cat, Inc.*