IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**BMS CAT, INC.,**

    **Plaintiff,**

v.                                                                               Civil Action No. 5:16-cv-11955

**GREENBRIER HOTEL CORPORATION,** *et al,*

    **Defendants.**

**CONSENT JUDGMENT**

On this day came and Defendants Greenbrier Hotel Corporation, James C. Justice Companies, Inc. and Justice Family Group, LLC, by their undersigned counsel, and advised the Court that each, jointly and severally has consented to, and is not opposed to entry of judgment against each defendant, jointly and severally, and in favor of Plaintiff BMS CAT, Inc. on the claims asserted in this civil action, and for the amount due Plaintiff as pled in its Complaint, and further announce that the amount due and owing to Plaintiff is $551,420.80.

Whereupon, the Court, after carefully considering this matter and the pleadings filed in herein, finds the agreement of the parties to be just and proper.

It is therefore **ADJUDGED, ORDERED,** and **DECREED** that judgment be entered in favor of BMS CAT, Inc. and against and Defendants Greenbrier Hotel Corporation, James C. Justice Companies, Inc. and Justice Family Group, LLC, jointly and severally, in the amount of $551,420.80;

It is further **ADJUDGED, ORDERED,** and **DECREED** that BMS CAT, Inc. is awarded post-judgment interest against Defendants Greenbrier Hotel Corporation, James C. Justice Companies,

Inc. and Justice Family Group, LLC, jointly and severally, at the current prevailing statutory rate of 7.00% until this judgment is paid in full; and

It is further **ADJUDGED, ORDERED,** and **DECREED** that this matter is hereby dismissed from the docket of this Court, with the Court retaining jurisdiction over any proceedings related to the satisfaction of this judgment.

Entered this __10th__ day of August, 2017.

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

Tendered for Entry By:

/s/ Jared C. Underwood
J. Victor Flanagan, (WVSB No. 5254)
Jared C. Underwood, (WVSB No. 12141)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
600 Neville Street, Suite 201
Beckley, West Virginia 25801
*Counsel for Defendants Greenbrier Hotel Corporation,*
*James C. Justice Companies, Inc. and Justice Family Group, LLC*


/s/ Charlotte A. Hoffman Norris
Charlotte A. Hoffman Norris, Esquire (WVSB No. 5473)
Robert A. Sweeney, Jr., Esquire (WVSB No. 5831)
Jenkins Fenstermaker, PLLC
PO Box 2688
Huntington, WV 25726-2688
*Counsel for Plaintiff BMS CAT, Inc.*